SUSAN K. HEFTI *v.* COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES

The plaintiff's petition for certification for appeal
from the Appellate Court, 61 Conn. App. 270 (AC 19085),
is denied.

KATZ, J., did not participate in the consideration or
decision of this petition.

*Jeffrey D. Brownstein,* in support of the petition.

*Charles Krich,* in opposition.

Decided March 15, 2001

GLORIA TRIMEL *v.* LAWRENCE AND MEMORIAL
HOSPITAL REHABILITATION CENTER ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 61 Conn. App. 353 (AC 19675),
is granted, limited to the following issue:

"Did the trial court, in holding that all the plaintiff's
claims sounded in medical malpractice rather than in
ordinary negligence, usurp the function of a jury by
deciding a question of fact in a summary judgment
motion?"

The Supreme Court docket number is SC 16493.

*Thomas J. Airone* and *William F. Gallagher,* in sup-
port of the petition.

*Michael E. Driscoll* and *Jeffrey F. Buebendorf,* in
opposition.

Decided March 15, 2001